**Order entered October 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01030-CV

### RESIDENCES AT RIVERDALE, L.P., ET AL., Appellants

### V.

### DIXIE CARPET INSTALLATIONS, INC., Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04903-2012**

## ORDER

We **GRANT** appellant's October 5, 2015 unopposed motion for an extension of time to file a bill of exceptions.  Appellant shall file a bill of exceptions by **OCTOBER 16, 2015**.

/s/      ELIZABETH LANG-MIERS
JUSTICE